ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL SCOTT,
a/k/a "Dizzy,"

Defendant.

**INDICTMENT**

24 CRIM 63

## COUNT ONE
(Conspiracy to Distribute Controlled Substances)

The Grand Jury charges:

1. From at least in or about November 2023 up to and including at least in or about December 2023, in the Southern District of New York and elsewhere, DANIEL SCOTT, a/k/a "Dizzy," the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that DANIEL SCOTT, a/k/a "Dizzy," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were: (i) mixtures and substances containing a detectable amount of heroin, (ii) mixtures and substances containing a detectable amount of fentanyl, and (iii) mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

4. From at least in or about November 2023 up to and including at least in or about December 2023, in the Southern District of New York and elsewhere, DANIEL SCOTT, a/k/a "Dizzy," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count One of this Indictment, knowingly used and carried a firearm, and aided and abetted the use, carrying, and possession of a firearm, and in furtherance of such crime, possessed a firearm, which was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii), and 2.)

## FORFEITURE ALLEGATIONS

5. As a result of committing the offense alleged in Count One of this Indictment, DANIEL SCOTT, a/k/a "Dizzy," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

6. As a result of committing the offense alleged in Count Two of this Indictment, DANIEL SCOTT, a/k/a "Dizzy," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), any and all firearms and ammunition involved in, used in, and intended to be used in said offenses, including but not limited to:

2

      a.      a Taurus .380 caliber TCP pistol;

      b.      two black Pro Mag magazines; and

      c.      Tulammo .380 caliber cartridges.

Substitute Assets Provision

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924(d)(1);<br>
Title 21, United States Code, Section 853; and<br>
Title 28, United States Code, Section 2461.)

_____  
FOREPERSON  
1/31/24

_____  
DAMIAN WILLIAMS  
United States Attorney