UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>DANIEL SCOTT,<br><br>       Defendant. | 24-cr-63 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Friday, February 2, 2024 at 2:30 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: February 1, 2024
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge