UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    -against-<br><br>DANIEL SCOTT,<br><br>                Defendant. | 24-cr-63 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a hearing with the Court on **Monday, March 11** at **3:30 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: March 6, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                          United States District Judge