UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      -against-<br><br>DANIEL SCOTT,<br><br>                              Defendant. | 24-cr-63 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The sentencing in this matter is hereby rescheduled to **Friday, July 26, 2024** at **11:00 AM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: June 28, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge