UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DANIEL SCOTT,<br>                          Defendant. | 24-cr-63 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By consent of the parties, IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for July 26, 2024, at 11:00 AM, will now take place on **Tuesday, July 23, 2024**, at **4:00 PM**.

SO ORDERED.

Dated: July 10, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge